1  Robert S. Besser SBN 46541
   LAW OFFICES OF ROBERT S. BESSER
2  100 Wilshire Blvd. Suite 700
   Santa Monica, California 90401
3  Tel:   (310) 394-6611
   Fax:   (310) 394-6613
4  rsbesser@aol.com

5  Christopher Chapin SBN 112608
   LAW OFFICES OF CHRISTOPHER CHAPIN
6  110 Forest Lane
   San Rafael, California 94903
7  Tel:   (415) 578-2364
   christopherchapin@aol.com
8
   Attorneys for Plaintiff
9  CONCORD BICYCLE ASSETS, LLC

10

11                IN THE UNITED STATES DISTRICT COURT

12               FOR THE CENTRAL DISTRICT OF CALIFORNIA

13                          WESTERN DIVISION

14

| | |
|---|---|
| CONCORD BICYCLE ASSETS, LLC, a Delaware limited liability company, | Case No. |
| Plaintiff, | COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DECLARATORY RELIEF |
| vs. | |
| TANGO MULTIMEDIA PRODUCTIONS, LLC, a California limited liability company and DOES 1 through 10, | |
| | DEMAND FOR JURY TRIAL |
| Defendants. _____/ | |

Plaintiff CONCORD BICYCLE ASSETS, LLC ("CONCORD") for its complaint against TANGO MULTIMEDIA PRODUCTIONS, LLC ("TANGO") and DOES 1 through 10, hereby alleges:

-1-

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DECLARATORY RELIEF

## PARTIES

1. CONCORD is a limited liability company organized and existing pursuant to the laws of the State of Delaware with its primary place of business located in Nashville, Tennessee.

2. TANGO is a limited liability company organized and existing pursuant to the laws of the State of California with its principal place of business located in this district in Glendale, California.

3. The true names and capacities of the Defendants sued as DOES 1 through 10, whether individual, corporate, associate or otherwise, are unknown to CONCORD who therefore sues such Defendants by fictitious names.  CONCORD is informed and believes and thereupon alleges that each of the Defendants designated as a fictitiously named Defendant is in some manner responsible for the wrongful acts complained of herein.  If and when CONCORD ascertains the true names and capacities of DOES 1 through 10, CONCORD will amend this Complaint to state their true names and capacities.

4. CONCORD is informed and believes and thereupon alleges that at all relevant times each of the Defendants was the agent and employee of each other Defendant and acted within the course and scope of their respective agency and/or employment in the performance of the wrongful acts alleged herein.

## JURISDICTION AND VENUE

5. The subject matter jurisdiction of this Court is invoked pursuant to 28 USC 1331 because it involves copyright infringement under 17 USC §101, et seq.

6. Venue is proper in this District pursuant to 28 USC §1391(b)(1) because TANGO has its principal place of business in this District, conducts business in this district and has committed wrongful acts of infringement in this district. .

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DECLARATORY RELIEF

FACTS

7. Pursuant to an asset purchase and sale agreement (the "Purchase Agreement") dated as of April 7, 2016 by and among DISCOS MUSART, S.A. DE C.V., a corporation established under the laws of Mexico ("Musart"), BALBOA RECORDS COMPANY, a California corporation ("Balboa US"), BALBOA RECORDS, CO. de MEXICO, S.A. de C.V., a corporation established under the laws of Mexico ("Balboa Mexico") and BALBOA VANDER DE COLOMBIA, S.A., a corporation established under the laws of Colombia (collectively the "Sellers") and CONCORD, CONCORD acquired certain master recordings containing the performances of Pancho Barraza (the "Barraza Masters"). Attached hereto as Exhibit "A" and incorporated herein by reference is a true and correct listing of the Barraza Masters acquired by CONCORD.

8. The Purchase Agreement expressly conveyed to CONCORD "(A)ll of Sellers' right, title and interest (including without limitation, copyrights, possessory rights in and to the [Barraza Masters] in all forms and formats and ongoing preexisting income streams, other than Pre-Effective Date Monies and Sellers' Amounts Receivable) in and to all [Barraza Masters] ..."

9. An application for registration of Assignment of Copyrights, which included the Barraza Masters, was duly submitted to the Mexican Copyright Bureau and in response a Certificate of Registration was issued. CONCORD has complied with all Mexican requirements and CONCORD's copyrights in the Barraza Masters are fully enforceable pursuant to Mexican law.

10. CONCORD duly recorded the assignment of Barraza Master copyrights with the United States Copyright office.

11. Over the past three (3) years, TANGO has failed and refused to acknowledge CONCORD's ownership of the Barraza Masters and has exploited the Barraza Masters for its own benefit to the exclusion of CONCORD.

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DECLARATORY RELIEF

12. By letter dated July 26, 2021 (the "Demand Letter") counsel for CONCORD demanded that TANGO immediately cease and desist from all exploitation of the Barraza Masters. A true and exact copy of the Demand Letter is attached hereto as Exhibit "B" and incorporated herein by this reference.

13. By email dated July 27, 2021, TANGO advised that it refused CONCORD's demand and would continue to exploit the Barraza Masters.

FIRST CLAIM FOR RELIEF
(For Copyright Infringement Against All Defendants)

14. CONCORD repeats and incorporates by reference the allegations contained in Paragraphs 1 through 13 above as though fully set forth.

15. Pursuant to the international conventions administered by the World Trade Association, including the Berne Convention for the Protection of Literary and Artistic Works and the Geneva Convention for the Protection of Producers of Phonograms Against Unauthorized Duplication of Their Phonograms, the copyrights in the Barraza Masters now owned by CONCORD are entitled to the full protection in the United States and all rights provided by the Copyright Act., 17 U.S.C. §1701 et seq.

16. The acts of TANGO and DOES 1 through 10 constitute copyright infringement under Title 17 of the United States Code by violating CONCORD's exclusive rights in the Barraza Masters.

17. Pursuant to 17 U.S.C. §504 CONCORD is entitled to an award of its damages plus Defendants' profits from their infringement of CONCORD's copyrights in the Barraza Masters.

18. In the alternative, CONCORD is entitled to, and may elect, statutory damages of up to $150,000 for each of Defendants' infringements of each of CONCORD's copyrights in the Barraza Masters.

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DECLARATORY RELIEF

19. As a direct and proximate result of Defendants' infringements, CONCORD continues to suffer great injury and CONCORD is entitled to an injunction to prevent Defendants from further infringing CONCORD's copyrights.

SECOND CLAIM FOR RELIEF
(For Declaratory Relief)

20. Plaintiff repeats and incorporates by reference the allegations contained in Paragraphs 1 through 19 as though fully set forth.

21. An actual and justiciable controversy exists between Plaintiff and Defendants regarding the results of litigation filed in Mexico on behalf of Pancho Barraza (the Barraza Mexican Litigation) on or about August 1, 2016, more than three months after the effective date of the Purchase Agreement.

22. CONCORD is informed and believes that TANGO is relying on the judgment that was ultimately entered in the Barraza Mexican Litigation (the "Barraza Judgment") which purported to grant Mr. Barraza rescission of his contracts with the Sellers and thereby award him rights in the Barraza Masters, as the source of its rights, on authority of Mr. Barraza, to exploit the Barraza Masters.

23. CONCORD contends that the Barraza Judgment was entered at a time well after CONCORD had purchased all rights in and to the Barraza Masters from the Sellers. CONCORD further contends that therefore the Sellers no longer had any rights in the Barraza Masters that could be delivered to Mr. Barraza. Furthermore, CONCORD was not named as a party to the Barraza Mexican Litigation and did not know of, or participate in, the Barraza Mexican Litigation.

24. CONCORD is entitled to a judgment of this Court decreeing that the Barraza Judgment insofar as it purports to affect CONCORD's rights in the Barraza Masters is of no force or effect.

-5-

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DECLARATORY RELIEF

WHEREFORE CONCORD prays for relief as follows:

1. For actual damages in an amount according to proof;

2. For Defendants' profits realized from infringing the Barraza Masters.

3. In the alternative, for maximum statutory damages for each infringement of each Copyright in the Barraza Masters;

4. For a preliminary and permanent injunction preventing Defendants from further exploiting the Barraza Masters;

5. For a declaration of this court that CONCORD owns all rights, including copyrights, in and to the Barraza Masters and that the Barraza Judgment is of no force or effect as to the Barazza Masters;

6. For costs of suit herein including its reasonable attorney fees; and

7. For such other and further relief as the Court may deem just and proper.

Dated:  April __, 2022
LAW OFFICES OF ROBERT S. BESSER

By: *s/ Robert S. Besser*
       ROBERT S. BESSER
Attorneys for Plaintiff
CONCORD BICYCLES ASSETS, LLC

### DEMAND FOR JURY TRIAL

Plaintiff CONCORD BICYCLES ASSETS, LLC. hereby demands a jury trial on all issues herein triable by a jury.

Dated: April __, 2022
LAW OFFICES OF ROBERT S. BESSER

By: *s/ Robert S. Besser*
       ROBERT S. BESSER

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DECLARATORY RELIEF